UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE GRAHAM, on her own behalf
and all similarly situated individuals,

    Plaintiff,

v.                                                           Case No. 8:16-cv-01324-JSM-AAS

PYRAMID HEALTHCARE SOLUTIONS,
INC.,

    Defendant.
_____/

## JOINT NOTICE OF CLASS SETTLEMENT

    Pursuant to Middle District of Florida Local Rule 3.08, Plaintiff, Denise Graham, on behalf of herself and all similarly situated individuals ("Plaintiff"), and Defendant, Pyramid Healthcare Solutions, Inc. ("Defendant") (collectively the "Parties"), hereby submit this Joint Notice of Class Settlement to notify the Court that this lawsuit has been settled, subject to the approval of the Court.

    The Parties are in the process of preparing and executing a stipulation regarding the settlement memorializing the settlement terms. The Parties anticipate that they will have completed their class settlement agreement for consideration and approval by the Court, pursuant to Federal Rule of Civil Procedure Rule 23(e), on or before September 24, 2017, in accordance with the Court's Endorsed Order staying pending case deadlines for a period of sixty (60) days [D.E. 60].

    The Parties request that any currently calendared dates in this matter be continued and/or taken off of the Court's calendar.

DATED this 6th day of September, 2017.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Marc R. Edelman* | */s/ Jennifer Monrose Moore* |
| MARC R. EDELMAN | JENNIFER MONROSE MOORE |
| Florida Bar Number 0096342 | Florida Bar Number 035602 |
| E-mail: MEdelman@forthepeople.com | E-mail: jennifer.moore@ogletree.com |
| | GRANT D. PETERSEN |
| MORGAN & MORGAN, P.A. | Florida Bar Number 0378682 |
| 201 North Franklin Street, Suite 700 | E-mail: grant.petersen@ogletree.com |
| Tampa, Florida 33602 | VANESSA A. PATEL |
| Telephone: 813.223.5505 | Florida Bar Number 103928 |
| Facsimile: 813.257.0572 | E-mail: vanessa.patel@ogletree.com |
| | |
| ANDREW R. FRISCH | OGLETREE, DEAKINS, NASH, SMOAK |
| Florida Bar Number 0027777 | & STEWART, P.C. |
| E-mail: AFrisch@forthepeople.com | 100 North Tampa Street, Suite 3600 |
| | Tampa, Florida 33602 |
| MORGAN & MORGAN, P.A. | Telephone: 813.289.1247 |
| 600 North Pine Island Road, Suite 400 | Facsimile: 813.289.6530 |
| Plantation, Florida 33324 | |
| Telephone: 954.967.5377 | *ATTORNEYS FOR DEFENDANT PYRAMID* |
| Facsimile: 954.327.3013 | *HEALTHCARE SOLUTIONS, INC.* |

C. RYAN MORGAN
Florida Bar Number 0015527
E-mail: RMorgan@forthepeople.com

MORGAN & MORGAN, P.A.
20 North Orange Avenue, 14th Floor
Post Office Box 4979
Orlando, Florida 32802-4979
Telephone: 407.420.1414
Facsimile: 407.245.3401

*ATTORNEYS FOR PLAINTIFF
DENISE GRAHAM*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ Jennifer Monrose Moore*
Attorney

31120752.1