UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE GRAHAM,

    Plaintiff,

v.                                  Case No: 8:16-cv-1324-T-30AAS

PYRAMID HEALTHCARE
SOLUTIONS, INC.,

    Defendant.
_____

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. The parties filed a Joint Notice of Class Settlement (Dkt. 62) on September 6, 2017, which stated that the parties anticipated completing their class settlement agreement for consideration and approval by the Court on or before September 24, 2017. An appropriate motion regarding same has not been filed with the Court.

The parties shall file a motion for approval of their class settlement agreement or shall **SHOW CAUSE in writing within fourteen (14) days** of this Order why the parties have failed to move for dismissal of this case after advising the Court of a settlement.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of September, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record