UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE GRAHAM, on her own behalf
and all similarly situated individuals,

    Plaintiff,

v.                                            Case No. 8:16-cv-01324-JSM-AAS

PYRAMID HEALTHCARE SOLUTIONS,
INC.,

    Defendant.
_____/

## NOTICE OF FILING

In regard to the Joint Motion For Final Approval Of Settlement (Dkt. 68) filed on January 22, 2018, Defendant, PYRAMID HEALTHCARE SOLUTIONS, INC., gives notice of filing the Declaration of Mark Patton, Director of Operations for Garden City Group, LLC ("GCG"), serving as the Settlement Administrator referenced in the Joint Motion.

Dated: January 23, 2018        Respectfully submitted,

                                      */s/ Jennifer M. Moore*
                                      Grant D. Petersen, Esquire
                                      Florida Bar No. 0378682
                                      E-mail: grant.petersen@ogletreedeakins.com
                                      Jennifer M. Moore, Esquire
                                      Florida Bar No. 035602
                                      E-mail: jennifer.moore@ogletreedeakins.com
                                      Vanessa A. Patel, Esquire
                                      Florida Bar No. 103928
                                      E-mail: Vanessa.patel@ogletreedeakins.com
                                      OGLETREE, DEAKINS, NASH,
                                        SMOAK & STEWART, P.C.
                                      100 North Tampa Street, Suite 3600
                                      Tampa, Florida  33602
                                      Telephone:  (813) 289-1247
                                      Facsimile:  (813) 289-6530
                                      Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2017, a true and correct copy of the foregoing has been filed with the Clerk of the Court via the CM/ECF system and that a Notice of Electronic Filing has been served on all counsel of record.

/s/ Jennifer M. Moore
Attorney

32710864.1