**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:16-cv-1324-T-30AAS | DATE: February 2, 2018 |
| TITLE: Graham v. Pyramid Healthcare Solutions, Inc. | |
| TIME: 9:02 AM – 9:03 AM | TOTAL: 1 minute |
| Courtroom Deputy: Ariana Diaz | |
| Court Reporter: Melissa Pierson | |
| Counsel for Plaintiff(s): Marc Reed Edelman | |
| Counsel for Defendant(s): Jennifer Moore | |

### CLERK'S MINUTES: PROCEEDINGS OF HEARING
### Re: Final Approval of Settlement

Court in session.

No parties are present to object to the final approval of settlement.

The Court will sign the order on parties' Joint Motion for Final Approval of Settlement (Doc. No. 68) and Unopposed Motion for Attorney's Fees and Costs (Doc. No. 69).

Court adjourned.